# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JEREMY K. BAOUCHE

)
) Case: 1:21-mj-00643
) Assigned To : Faruqui, Zia M.
) Assign. Date : 11/2/2021
) Description: Complaint w/ Arrest Warrant
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEREMY K. BAOUCHE ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☒ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/02/2021

*Issuing officer's signature*
Zia M. Faruqui
2021.11.02 16:35:34 -04'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/2/2021 , and the person was arrested on *(date)* 11/10/2021
at *(city and state)*

Date: 7:50am

*Arresting officer's signature*

Special Agent Daniel Morrison
*Printed name and title*