# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:21–mj–01135–RMS–1

Case title: USA v. Baouche     Date Filed: 11/10/2021

Assigned to: Judge Robert M. Spector

**Defendant (1)**

| | | |
|---|---|---|
| **Jeremy K Baouche** | represented by | **Daniel Murphy Erwin** <br> Federal Defender Office <br> 265 Church Strreet <br> Ste 7th Floor <br> New Haven, CT 06510 <br> 860–493–6260 <br> Fax: 860–493–6269 <br> Email: daniel_erwin@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P (Entering and Remaining in a restricted Building or grounds) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Henry K. Kopel** |
| | | U.S. Attorney's Office |
| | | 157 Church St., PO Box 1824 |
| | | 23rd Floor |
| | | New Haven, CT 06510 |
| | | 203–821–3700 |
| | | Email: Henry.Kopel@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2021 | | Arrest (Rule 5) of Jeremy K Baouche. (Murphy, Tatihana) (Entered: 11/10/2021) |
| 11/10/2021 | 1 | Minute Entry for proceedings held before Judge Robert M. Spector:Initial Appearance in Rule 5 Proceedings as to Jeremy K Baouche held on 11/10/2021. CJA Affidavit filed. Appointed Attorney Daniel Murphy Erwin for Jeremy K Baouche. Detention Hearing as to Jeremy K Baouche held on 11/10/2021. Motion Hearing as to Jeremy K Baouche held on 11/10/2021 re ORAL MOTION for Bond filed by Jeremy K Baouche. Case unsealed. Presentment scheduled in the District of Columbia on 11/18/2021. Total time 29 minutes. (Court Reporter FTR.)(Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | | CASE UNSEALED as to Jeremy K Baouche. (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | 3 | Appearance Bond Entered as to Jeremy K Baouche in amount of $ 100,000.00 (Non−Surety). (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | 4 | ORDER Setting Conditions of Release as to Jeremy K Baouche. Signed by Judge Robert M. Spector on 11/10/2021. (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | 6 | ORDER as to Jeremy K Baouche pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116−182, 134 Stat. 894 (Oct. 21, 2020). Signed by Judge Robert M. Spector on 11/10/2021. (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | 7 | ELECTRONIC FILING ORDER FOR COUNSEL as to Jeremy K Baouche − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Robert M. Spector on 11/10/2021. (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/10/2021 | 8 | USM Return of Service on Arrest executed as to Jeremy K Baouche on 11/10/2021. (Murphy, Tatihana) (Entered: 11/12/2021) |
| 11/12/2021 | | ORAL MOTION for Bond by Jeremy K Baouche. (Murphy, Tatihana) (Entered: 11/12/2021) |